**No. 44600.**—Protests 642194–G, etc., of Bata Shoe Co. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, OCTOBER 23, 1940

**No. 44601.**—Protests 994737–G, etc., of Allied Purchasing Corporation et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.